**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 19-cv-00768-REB

JEANETTE VIZGUERRA,

    Plaintiff,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Defendant.

**ORDER GRANTING UNOPPOSED MOTION TO VACATE
CASE MANAGEMENT PLAN DEADLINE**

**Blackburn, J.**

This matter is before me on the defendant's **Unopposed Motion to Vacate Case Management Plan Deadline** [#9][1] filed May 20, 2019. The parties have reached an agreement that, due to the defendant's pending motion to dismiss for lack of jurisdiction, the deadline for filing a Joint Case Management Plan ("JCMP") should be vacated and reset, if necessary, to a later date. After due consideration, I grant the stipulated motion.

**THEREFORE, IT IS ORDERED** as follows:

1. That the defendant's **Unopposed Motion to Vacate Case Management Plan Deadline** [#9], filed May 20, 2019, is granted; and

---

[1] "[#9]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2. That the deadline for filing the proposed JCMP is vacated and will be reset, if necessary, at a future date.

Dated May 23, 2019, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge