# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00768-WYD

JEANETTE VIZGUERRA,

Plaintiff,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

Defendant.

---

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

---

Plaintiff Jeanette Vizguerra, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby submits this notice of dismissal without prejudice of this action, with each party to bear its own attorneys' fees and costs.

Dated: May 29, 2019

    Respectfully Submitted,

    NOVO LEGAL L.L.C.

    *s/ Aaron Elinoff*
    4280 Morrison Road
    Denver, CO 80219
    T: 303-335-0250
    F: 303-296-4586
    E: aaron@novo-legal.com

    *s/ Danielle C. Jefferis*
    Danielle C. Jefferis, Of Counsel
    2255 East Evans Avenue, Suite 335
    Denver, CO 80208
    T: 303-871-6155

F: 303-871-6818
E: djefferis@law.du.edu

*Counsel for Plaintiff Jeanette Vizguerra*

# CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2019, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** with the Clerk of the Court using the CM/ECF system, which will send electronic notice to the following:

Logan Steiner
Logan.Steiner@usdoj.gov

*Counsel for Defendant*

*s/ Danielle C. Jefferis*
Danielle C. Jefferis
